UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

1001 GAMES LLC,

Plaintiff,

-against-

LAWRENCE KERNZ, and INTERNATIONAL FINE ART LLC,

Defendants.

----------------------------------------------------------------------X

Index No.: 1:19-cv-802
Date Purchased: 2/8/19

**COMPLAINT**

**Jury Trial Demanded**

Plaintiff, by its attorneys, **ABOULAFIA LAW FIRM, LLC**, complaining of the Defendant, respectfully alleges, upon information and belief that:

1. The jurisdiction of the Court is invoked pursuant to 28 USC §1332(c)(1) as the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different States.

2. At all times herein mentioned, Plaintiff **1001 GAMES LLC** was and is a Limited Liability Company duly existing in the State of New York with its principle place of business located at 476 Jefferson Street, Brooklyn, NY 11237.

3. At all times herein mentioned, Plaintiff **1001 GAMES LLC** is the owner and landlord of the premises located at 37-11 48th Avenue, Long Island City, NY 11101 (the "Subject Premises").

4. At all times herein mentioned, Defendant **LAWRENCE KERNZ** (hereinafter "Kernz") is the president, owner, and principal of Defendant **INTERNATIONAL FINE ART LLC,** and is an individual residing in the State of Missouri, and has a business address at 4132 Shoreline Drive, Suite A, Earth City, MO 63045.

5. At all times herein mentioned, Defendant **INTERNATIONAL FINE ART LLC** (hereinafter "IFA") was and is a Limited Liability Company duly existing in the State of Missouri, with its principle place of business located at 4132 Shoreline Drive, Suite A, Earth City, MO

63045.

6. At all times mentioned herein, Defendant **LAWRENCE KERNZ** was a individual doing business in the State of New York or is otherwise subject to the jurisdictions of the Courts of the State of New York pursuant to CPLR § 302, VTL § 253, BCL § 306 or §307 and the case laws thereunder.

7. At all times herein mentioned, Defendant **LAWRENCE KERNZ** expected or should reasonably have expected his acts and business activities and/or transactions to have consequences within the State of New York.

8. At all times mentioned herein, Defendant **INTERNATIONAL FINE ART LLC** was a foreign limited liability corporation doing business in the State of New York or is otherwise subject to the jurisdictions of the Courts of the State of New York pursuant to CPLR § 302, VTL § 253, BCL § 306 or §307 and the case laws thereunder.

9. At all times herein mentioned, Defendant **INTERNATIONAL FINE ART LLC** expected or should reasonably have expected its acts and business activities and/or transactions to have consequences within the State of New York.

**AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANTS LAWRENCE KERNZ and INTERNATIONAL FINE ART LLC FOR BREACH OF CONTRACT**

10. On or about August 16, 2017, Plaintiff and Defendant IFA entered into a lease agreement for the subject premises for good and valuable consideration, and that Kernz, in his personal capacity, unconditionally guaranteed performance of IFA under this agreement (2017 Lease).

11. On or October 15, 2018, Plaintiff entered into an agreement with Defendants IFA and Kernz, jointly and severally, wherein the 2017 Lease would be terminated in exchange for a sum

of $120,000.00 minus a previously paid security deposit of $30,000.00, to be paid in full by Defendants within forty-five (45) days ("Termination Agreement").

12. That within the Termination Agreement, Plaintiff and Defendants IFA and Kernz agreed that in the event of a dispute arising out the terms or performance of the agreement, the prevailing party would be entitled to recover its attorneys fees and costs from the non-prevailing party, in addition to all other equitable and legal remedies.

13. That Plaintiff performed any and all conditions and obligations for which it is seeking payment under the Termination Agreement.

14. That Defendants failed to perform its obligations under the Termination Agreement and did not pay Plaintiff within forty-five (45) days.

15. As a result of Defendants IFA and Kernz's breach of contract, Plaintiff has sustained damages in the sum of at least NINETY-THOUSAND DOLLARS ($90,000.00).

16. By reason of the foregoing, Plaintiff **1001 GAMES LLC** has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE,** it is respectfully requested that Plaintiff **1001 GAMES LLC** have judgment against Defendants **LAWRENCE KERNZ** and **INTERNATIONAL FINE ART LLC** on the First cause of action in the sum of at least NINETY-THOUSAND DOLLARS ($90,000.00), with attorney's fees to be determined at the end of this trial, and for costs and disbursements of this action.

Dated: New York, New York
February 8, 2019

ABOULAFIA LAW FIRM, LLC.

By: ______________________

Matthew S. Aboulafia
*Attorneys for Plaintiff*
228 East 45th St., Suite 1700
New York, NY 10017
(212) 684-1422